IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 23-cv-02830-PAB-SBP

CHUCK O. EGBUNE,

      Plaintiff,

v.

ANDREW BAUM,
DOUGLAS COUNTY PUBLIC TRUSTEE,
ALWAYS ENTERPRISES, INC., d.b.a. A-1 BAIL BONDS,
BRECKENRIDGE PROPERTY FUND 2016, LLC, and
LARRY HENNING,

      Defendants.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Recommendation of United States
Magistrate Judge [Docket No. 64].  The Recommendation states that objections to the
Recommendation must be filed within fourteen days after its service on the parties.
Docket No. 64 at 14 n.3; *see also* 28 U.S.C. § 636(b)(1)(C).  The Recommendation is
dated January 22, 2025 and was served on January 23, 2025.  Docket No. 64.  No party
has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's
recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927
F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It
does not appear that Congress intended to require district court review of a magistrate's
factual or legal conclusions, under a *de novo* or any other standard, when neither party
objects to those findings.").  In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P.

72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that

the Recommendation is a correct application of the facts and the law.

Accordingly, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket

No. 64] is **ACCEPTED**.  It is further

**ORDERED** that all claims against defendants Douglas County Public Trustee

and Breckenridge Property Fund 2016, LLC are **DISMISSED without prejudice**

pursuant to Rule 41(b).  It is further

**ORDERED** that all claims against the Unserved Defendants – Andrew Baum,

Always Enterprises, Inc., and Larry Henning – are **DISMISSED without prejudice**

pursuant to Rule 4(m) and Rule 41(b).  It is further

**ORDERED** that Douglas County Public Trustee's Motion to Dismiss and

Disclaimer of Interest [Docket No. 30] is **DENIED as moot**.  It is further

**ORDERED** that Defendant Breckenridge Property Fund 2016, LLC's Motion to

Dismiss the First Amended Complaint Filed April 30, 2024 (Doc 28) [Docket No. 39] is

**DENIED as moot**.  It is further

---

[1] This standard of review is something less than a "clearly erroneous" or "contrary
to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo
review.  Fed. R. Civ. P. 72(b).

**ORDERED** that this case is closed.


DATED February 7, 2025.

BY THE COURT:

s/ Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge